FILED

03/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0351

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ISAAC WILLIAM MACY,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 8, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2023